IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 04-0119ML |
| | ) | |
| JUAN JUSINO a/k/a "Dondee" | ) | |

**MOTION TO DISMISS INDICTMENT**

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and moves to dismiss the indictment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

SO ORDERED:

MARY M. LISI
DISTRICT COURT JUDGE

DATE: ______________________

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this, the 15 day of August, 2005, I mailed a true copy of the within Motion and Order to Dismiss the Indictment, postage prepaid, to:

Thomas G. Briody, Esq.
72 Pine Street
Providence, RI 02903